JS6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURVINDER GURVINDER, Petitioner, v. FERETI SEMAIA et al., Respondent. | Case No. 5:26-cv-03978-MAR<br><br>JUDGMENT |

Pursuant to the Order Granting Petition and Ordering Immediate Release, **IT IS HEREBY ADJUDGED** that this Petition is **GRANTED**. Respondents are **ORDERED** to immediately release Petitioner **Gurvinder Gurvinder (A# 220-516-406)** from custody subject only to the conditions of his release prior to his re-detention, if any. Respondents are **ORDERED** to immediately return all of Petitioner's belongings, including his identification documents, work authorization documents, immigration documents, and other possessions. Respondents are **ORDERED** to not arrest or re-detain Petitioner unless his re-detention is ordered at a custody hearing before a neutral arbiter in which the government bears the burden of proving, by clear and convincing evidence, that Petitioner is a flight risk or danger to the community. Respondents are **ORDERED** to not re-detain Petitioner while Section 240 proceedings are ongoing, including during any direct appeal from dismissal of proceedings by the IJ, absent a change in circumstances.

Dated: August 5, 2026

HONORABLE MARGO A. ROCCONI
United States Magistrate Judge